446 A.2d 685

Lashner v. Redevelopment Authority of Philadelphia.

Argued February 3, 1982. Ronald Harvey Surkin, for appellant; Timothy J. Savage, for appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Judgment affirmed.

May 21, 1982.

446 A.2d 685

Blatchley, Appellant v. Marki & Benvenuto.

Argued September 28, 1981. Angelo Arduini, for appellant; John R. Gavin, for appellees.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order and judgment affirmed.